# Court of Appeals
# of the State of Georgia

ATLANTA, July 28, 2025

*The Court of Appeals hereby passes the following order*

**A25I0271. ERIN BROWN v. LAP OF LOVE SERVICES, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24CV011461



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, July 28, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith* , Clerk.